Dismissed and Memorandum Opinion filed January 24, 2008








Dismissed
and Memorandum Opinion filed January 24, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00681-CV

____________

 

KEVIN RAY DANIELS,
Appellant

 

V.

 

DEIDRE ANN GUY,
Appellee

 



 

On Appeal from the 387th District
Court

Fort Bend County, Texas

Trial Court Cause No.
06-CV-149096

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed May 16, 2007.  The clerk=s record was filed on August 17,
2007.  The reporter=s record was filed October 4, 2007.  No brief was filed.

On
November 29, 2007, this Court issued an order stating that unless appellant
submitted his brief on or before January 3, 2008, together with a motion
reasonably explaining why the brief was late, the Court would dismiss the
appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b).

Appellant filed no response.








Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

Judgment rendered and Memorandum Opinion filed January
24, 2008.

Panel consists of Justices Fowler, Frost, and Seymore.